IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALICE KRAMER, as Personal Representative of the
Estate of Arthur Kramer

      Plaintiff,

      v.                                            CIVIL ACTION No. 08-cv-2429

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA
OCCIDENTAL LIFE INSURANCE CO., PHOENIX
LIFE INSURANCE CO., LINCOLN LIFE &
ANNUITY CO. OF NEW YORK, LORI
CALLEGARI, AND TD BANKNORTH INC.,

      Defendants.

## ENTRY OF APPEARANCE

Kindly enter the appearance of Katherine L. Villanueva as counsel for Lincoln Life & Annuity Co. of New York in the above-captioned matter.

Dated: March 19, 2008

                                              Katherine L. Villanueva
                                              Attorney I.D. No. 4335543
                                              Drinker Biddle & Reath LLP
                                              140 Broadway
                                              39th Floor
                                              New York, NY 10005
                                              (212) 248-3140

OF COUNSEL

Stephen C. Baker
Michael J. Miller
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996

## CERTIFICATE OF SERVICE

I, Katherine L. Villanueva, hereby certify that on the date set forth below I caused to be served the foregoing document, via the United States Mail, to all counsel of record listed below.

Stuart I. Friedman
Andrew A. Wittenstein
Claire L. Chau
Friedman & Wittenstein
600 Lexington Avenue
New York, New York 10022

Dated: March 19, 2008

_____
Katherine L. Villanueva