UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICE KRAMER, as Personal Representative of
the Estate of Arthur Kramer
        Plaintiffs,

   -against-

LOCKWOOD PENSION SERVICES, INC., TALL TREE
ADVISORS, INC., et al.,
        Defendant.
------------------------------------------------------------X

Index No. 08 CV 2429

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 18th day of March 2008, at approximately 3:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Lincoln Life & Annuity Co. of New York c/o New York State Insurance Department at 25 Beaver Street, New York, NY 10004, by personally delivering and leaving the same with Charlene Norris, Clerk, who informed deponent that she is an agent authorized by appointment to receive service at that address. At the time of service, a fee in the sum of $40.00 was tendered.

    Charlene Norris is a black female, approximately 40 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 160 pounds with black hair and brown eyes wearing glasses.

_/s/ Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
20th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_