UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>                    Plaintiff,<br><br>   —against—<br><br>LOCKWOOD PENSION SERVICES, INC., ET AL.,<br><br>                    Defendants. | Case No.: 08 CV 2429-DAB-MHD |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Lincoln Life & Annuity Company of New York ("Lincoln"), by and through its undersigned attorneys, hereby submits its Disclosure Statement and represents as follows:

1.    Lincoln is a nongovernmental corporate party.

2.    Lincoln is a subsidiary of Lincoln National Corporation, a publicly traded company (NYSE).

3.    No publicly traded corporation holds 10% or more of Lincoln's stock.

                              **DRINKER BIDDLE & REATH LLP**

Dated:   New York, New York
           March 26, 2008         /s/ Katherine L. Villanueva
                                                  Katherine L. Villanueva (KH 5283)
                                                  140 Broadway, 39th Floor
                                                  New York, NY 10005
                                                  (212) 248-3140

OF COUNSEL
Stephen C. Baker
Michael J. Miller
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

For Defendant, Lincoln Life & Annuity
Company of New York

## CERTIFICATE OF SERVICE

I, Katherine L. Villanueva, hereby certify that on the 26th day of March 2008, I electronically filed a copy of the foregoing Rule 7.1 Disclosure Statement using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Katherine L. Villanueva
Katherine L. Villanueva (KH 5283)