UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALICE KRAMER, as Personal Representative of :
the Estate of Arthur Kramer, :
: **APPEARANCE**
                          Plaintiff, :
:
    -against- : Civil Action No.
: 08-cv-2429 (DAB) (MHD)
LOCKWOOD PENSION SERVICES, INC., :
TALL TREE ADVISORS, INC., LIFE :
PRODUCTS CLEARING, LLC, :
TRANSAMERICA OCCIDENTAL LIFE :
INSURANCE CO., PHOENIX LIFE INSURANCE :
CO., LINCOLN LIFE & ANNUITY CO. OF NEW :
YORK, LORI CALLEGARI, AND TD :
BANKNORTH INC., :
:
                       Defendants. :
-------------------------------------------------------x

To the Clerk of the court and all parties of record:

    Enter my appearance as counsel for defendant Transamerica Occidental Life Insurance Company in the above captioned matter.

Dated: April 3, 2008

                        LOCKE & HERBERT LLP

                        By: /s/ Stephen R. Herbert
                             Stephen R. Herbert
                             SH 1933

                        Attorneys for Defendant
                        Transamerica Occidental Life
                        Insurance Company
                        1114 Avenue of the Americas
                        40th Floor
                        New York, New York 10036-7703
                        (212) 935-8787

## Certificate of Service

This is to certify that on April 3, 2008, a copy of the foregoing Appearance was filed electronically using the CM/ECF System

Stephen R. Herbert
SH 1933