UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ALICE KRAMER, as Personal Representative of
the Estate of Arthur Kramer,

                              Plaintiff,

        -against-

LOCKWOOD PENSION SERVICES, INC.,
TALL TREE ADVISORS, INC., LIFE
PRODUCTS CLEARING, LLC,
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE CO., PHOENIX LIFE INSURANCE
CO., LINCOLN LIFE & ANNUITY CO. OF NEW
YORK, LORI CALLEGARI, AND TD
BANKNORTH INC.,

                              Defendants.

---------------------------------------x

**STIPULATION
EXTENDING TIME**

Civil Action No.
08-cv-2429 (DAB) (MHD)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff and for Defendant Transamerica Occidental Life Insurance Company, that Defendant Transamerica Occidental Life Insurance Company's time to move or answer in the above entitled action is extended up to and including April 30, 2008.

Dated: New York, New York
       April 3, 2008

                              FRIEDMAN & WITTENSTEIN
                              A Professional Corporation
                              600 Lexington Avenue
                              New York, New York 10022
                              (212) 750-8700

                              By: _____
                                  Andrew A. Wittenstein (AW-1943)

*Attorneys for Plaintiff*

LOCKE & HERBERT LLP
1114 Avenue of the Americas
40th Floor
New York, New York 10036-7703
(212) 935-8787

By: _____
Stephen R. Herbert    (SH 1933)

*Attorneys for Defendant
Transamerica Occidental Life Insurance Company*


SO ORDERED:

_____
U.S.D.J.

## Certificate of Service

This is to certify that on April 4, 2008, a copy of the foregoing Stipulation Extending Time was filed electronically using the CM/ECF System

*Stephen R. Herbert*
Stephen R. Herbert
SH 1933