Patrick J. Feeley (PF-4931)
Christopher G. Karagheuzoff (CK-1122)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant and Third-Party Plaintiff
Phoenix Life Insurance Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>　　　　　　　　Plaintiff,<br><br>– against –<br><br>LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK, LORI CALLEGARI AND TD BANKNORTH INC.,<br><br>　　　　　　　　Defendants. | Case No. 08 CV 2429 (DAB) (MHD)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |
| PHOENIX LIFE INSURANCE CO.,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>– against –<br><br>STEVEN LOCKWOOD,<br><br>　　　　　　　　Third-Party Defendant. | |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Phoenix Life

Insurance Co. ("Phoenix"), by its undersigned attorneys, hereby states as follows:

-2-

1. Phoenix is a wholly owned subsidiary of The Phoenix Companies, Inc., whose stock is publicly traded.

2. No parent corporation or publicly held corporation owns 10% or more of The Phoenix Companies, Inc.'s stock.

Dated: New York, New York
April 9, 2008

**DORSEY & WHITNEY LLP**

By:  /s/Patrick J. Feeley
Patrick J. Feeley (PF-4931)
Christopher G. Karagheuzoff (CK-1122)
Stephen M. Raab (SR-0742)

250 Park Avenue
New York, New York  10177
(212) 415-9200

Attorneys for Defendant
and Third-Party Plaintiff
Phoenix Life Insurance Co.