USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ALICE KRAMER, as Personal Representative of
the Estate of Arthur Kramer,

              Plaintiff,

-against-

LOCKWOOD PENSION SERVICES, INC.,
TALL TREE ADVISORS, INC., LIFE
PRODUCTS CLEARING, LLC,
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE CO., PHOENIX LIFE INSURANCE
CO., LINCOLN LIFE & ANNUITY CO. OF NEW
YORK, LORI CALLEGARI, AND TD
BANKNORTH INC.,

             Defendants.

---------------------------------------x

**STIPULATION
EXTENDING TIME**

Civil Action No.
08-cv-2429 (DAB) (MHD)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff and for Defendant Transamerica Occidental Life Insurance Company, that Defendant Transamerica Occidental Life Insurance Company's time to move or answer in the above entitled action is extended up to and including April 30, 2008.

Dated: New York, New York
      April 3, 2008

               FRIEDMAN & WITTENSTEIN
               A Professional Corporation
               600 Lexington Avenue
               New York, New York 10022
               (212) 750-8700

               By: _____
                    Andrew A. Wittenstein (AW-1943)

               *Attorneys for Plaintiff*

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/10/08