Patrick J. Feeley (PF-4931)
Christopher G. Karagheuzoff (CK-1122)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant and Third-Party Plaintiff
Phoenix Life Insurance Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>Plaintiff,<br><br>– against –<br><br>LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK, LORI CALLEGARI AND TD BANKNORTH INC.,<br><br>Defendants. | Case No. 08 CV 2429 (DAB) (MHD)<br><br>ECF CASE<br><br>**CERTIFICATE OF SERVICE** |
| PHOENIX LIFE INSURANCE CO.,<br><br>Third-Party Plaintiff,<br><br>– against –<br><br>STEVEN LOCKWOOD,<br><br>Third-Party Defendant. | |

I STEPHEN M. RAAB, am over 18 years of age and am an associate with Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177, counsel for Defendant and Third-Party Plaintiff Phoenix Life Insurance Co. ("Phoenix"). I hereby certify that I caused a true and

-2-

correct copy of Phoenix's Answer to Complaint with Counterclaims, Cross-Claims and Third-Party Complaint to be served as follows and upon the following:

1.  Pursuant to the Southern District of New York's Procedures for Electronic Case Filing, on April 9, 2008, by transmission of the Clerk's Notice of Electronic Filing, which indicated that service was effected on (a) Andrew A. Wittenstein and Stuart I. Friedman, counsel for Plaintiff, at awittenstein@friedmanwittenstein.com and sfriedman@friedmanwittenstein.com, respectively; (b) Katherine Leigh Hersh, counsel for Defendant Lincoln Life & Annuity Co. of New York, at katherine.villanueva@dbr.com; and (c) Stephen Ross Herbert, counsel for Defendant TransAmerica Occidental Life Insurance Co., at sherbert@lockeherbert.com; and

2.  Pursuant to Fed. R. Civ. P. 5, on April 10, 2008, by depositing true and correct copies of said papers, enclosed in a sealed, fully post-paid, first class mail wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to the parties listed below:

> Tall Tree Advisors, Inc.
> c/o Steven Lockwood
> 2 Tall Tree Lane
> Pleasantville, NY 10570
>
> Defendant and Cross-Claim Defendant;
>
> Lockwood Pension Services Inc.
> c/o Steven Lockwood
> 2 Tall Tree Lane
> Pleasantville, NY 10570
>
> Defendant and Cross-Claim Defendant;
>
> Life Product Clearing LLC
> Attn: Martin Fleisher
> 75 Rockefeller Plaza, Suite 2103
> New York, NY 10019
>
> Defendant;

-3-

    Lori Callegari
    263 Hillbrook Drive
    Staten Island, NY 10305-2820

    Defendant;

    and

    TD Banknorth Inc.
    2 Portland Sq.
    Portland, ME 04112-9540

    Defendant.

Dated: New York, New York        **DORSEY & WHITNEY LLP**
       April 10, 2008

                                                    By:  s/Stephen M. Raab
                                                      Stephen M. Raab (SR-0742)

                                                      250 Park Avenue
                                                      New York, New York  10177
                                                      (212) 415-9200

                                                      Attorneys for Defendant
                                                      and Third-Party Plaintiff
                                                      Phoenix Life Insurance Co.