MEMO ENDORSED

# FRIEDMAN & WITTENSTEIN
A PROFESSIONAL CORPORATION

600 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 750-8700

FAX (212) 223-8391
WWW.FRIEDMANWITTENSTEIN.COM

April 11, 2008

**BY HAND**

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Kramer v. Lockwood Pension Services, Inc., et al.
      08-CV-2429 (DAB) (MHD)

Dear Judge Batts:

  We represent the plaintiff in the above-entitled matter. Pursuant to Rule I(E) of Your Honor's Individual Practices, plaintiff hereby respectfully requests that its time to respond to defendant Lincoln Life & Annuity Company of New York's ("Lincoln") Motion to Dismiss, dated March 27, 2008, be extended up to and including April 21, 2008. Pursuant to Local Rule 6.1 and Federal Rules of Civil Procedure 5(b)(2)(E) and 6(d), plaintiff's response is currently due on April 14, 2008.

[GRANTED /DAB]

  No previous requests for an extension have been made, and counsel for defendant Lincoln has consented to the requested extension.

  Thank you for your consideration.

              Respectfully submitted,

              Andrew A. Wittenstein

cc: Michael J. Miller, Esq. (by fax)
   Katherine L. Villanueva, Esq. (by fax)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/14/08