Patrick J. Feeley (PF-4931)
Christopher G. Karagheuzoff (CK-1122)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant and Third-Party Plaintiff
Phoenix Life Insurance Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>Plaintiff,<br><br>– against –<br><br>LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK, LORI CALLEGARI AND TD BANKNORTH INC.,<br><br>Defendants. | Case No. 08 CV 2429 (DAB) (MHD)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |
| PHOENIX LIFE INSURANCE CO.,<br><br>Third-Party Plaintiff,<br><br>– against –<br><br>STEVEN LOCKWOOD,<br><br>Third-Party Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Defendant and Third-Party Plaintiff Phoenix Life Insurance Co. and requests that copies of all papers in this action be served upon him at the office and address set forth below.

-2-

Dated: New York, New York
       April 15, 2008

**DORSEY & WHITNEY LLP**

By: <u>s/ Christopher G. Karagheuzoff</u>
    Christopher G. Karagheuzoff (CK-1122)

250 Park Avenue
New York, New York  10177
(212) 415-9200

Attorneys for Defendant and Third-Party
Plaintiff Phoenix Life Insurance Co.