USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 April 08

BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ALICE KRAMER, as Personal Representative of
the Estate of Arthur Kramer,

                              Plaintiff,

          -against-

LOCKWOOD PENSION SERVICES, INC.,
TALL TREE ADVISORS, INC., LIFE
PRODUCTS CLEARING, LLC,
TRANSAMERICA OCCIDENTAL LIFE
INSURANCE CO., PHOENIX LIFE INSURANCE
CO., LINCOLN LIFE & ANNUITY CO. OF NEW
YORK, LORI CALLEGARI, AND TD
BANKNORTH INC.,

                              Defendants.

-----------------------------------------------------------x

**STIPULATION EXTENDING TIME**

Civil Action No.
08-cv-2429 (DAB) (MHD)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff and for Defendant Transamerica Occidental Life Insurance Company, that Defendant Transamerica Occidental Life Insurance Company's time to move or answer in the above entitled action is extended up to and including June 15, 2008.

Dated: New York, New York
         April 28, 2008

                                        FRIEDMAN & WITTENSTEIN
                                        A Professional Corporation
                                        600 Lexington Avenue
                                        New York, New York 10022
                                        (212) 750-8700

                                        By: _____
                                           Andrew A. Wittenstein (AW-1943)

**SO ORDERED**

_Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

                                        *Attorneys for Plaintiff*

LOCKE & HERBERT LLP
1114 Avenue of the Americas
40th Floor
New York, New York 10036-7703
(212) 935-8787

By: _____
    Stephen R. Herbert   (SH 1933)

*Attorneys for Defendant
Transamerica Occidental Life Insurance Company*

SO ORDERED:

_____
U.S.D.J.