**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALICE KRAMER, as Personal Representative
of the Estate of Arthur Kramer,
       Plaintiff(s),

Index No. 08 CV 2429

   -against-

AFFIDAVIT OF SERVICE

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC. LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA OCCIDENTAL
LIFE INSURANCE CO., PHOENIX LIFE
INSURANCE CO., LINCOLN LIFE & ANNUITY
CO. OF NEW YORK, LORI CALLEGARI AND
TD BANKNORTH INC.,
       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK)
         S.S.:
COUNTY OF NEW YORK)

      DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 28th day of April 2008, at approximately 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Life Products Clearing, LLC at 75 Rockefeller Plaza, 21st Floor, New York, NY 10019, by personally delivering and leaving the same with Steve Lockwood, Owner, who informed deponent that he is an officer authorized by law to receive service at that address.

      Steve Lockwood is a white male, approximately 60 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 160 pounds with gray hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
30th day of April 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com