**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICE KRAMER, ETC.,

        Plaintiff(s),                          Index No. 08 CV 2429

  -against-                                  AFFIDAVIT OF SERVICE

LOCKWOOD PENSION SERVICES, INC., ET AL.,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.
COUNTY OF ROCKLAND   )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 30TH day of April, 2008, at approximately the time of 7:25 PM, deponent served a true copy of the SUMMONS, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR ELECTRONIC CASE FILING upon TALL TREE ADVISORS, INC. at 2 Tall Tree Lane, Pleasantville, New York 10570, by personally delivering and leaving the same with WANDA LOCKWOOD, who informed deponent that she is authorized by TALL TREE ADVISORS, INC. to receive service at that address.

        WANDA LOCKWOOD is a white female, approximately 43 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 115 pounds with black hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
1st day of May, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com