AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,
         Plaintiff,

-against-

LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE
INSURANCE CO., LINCOLN LIFE & ANNUTY CO. OF NEW YORK, LORI CALLEGARI AND
TD BANKNORTH INC.,
         Defendants.

PHOENIX LIFE INSURANCE CO.,
         Third-Party Plaintiff,

-against-

STEVEN LOCKWOOD,
         Third-Party Defendant.

**APPEARANCE**

Case Number:      08 CV 2429

Enter my appearance as counsel in this case for

Defendant Life Product Clearing, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ Robert A. Schwinger |
| Date | Signature |
| | Robert A. Schwinger     RS-6082 |
| | Print Name     Bar Number |
| | Chadbourne & Parke, LLP, 30 Rockefeller Plaza |
| | Address |
| | New York    NY    10112 |
| | City    State    Zip Code |
| | (212) 408-5364    (212) 541-5369 |
| | Phone Number    Fax Number |