AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,
    Plaintiff,
-against-
LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUTY CO. OF NEW YORK, LORI CALLEGARI AND TD BANKNORTH INC.,
    Defendants.

PHOENIX LIFE INSURANCE CO.,
    Third-Party Plaintiff,
-against-

STEVEN LOCKWOOD,
    Third-Party Defendant.

**APPEARANCE**

Case Number:   08 CV 2429

Enter my appearance as counsel in this case for

Defendant Life Product Clearing, LLC

I certify that I am admitted to practice in this court.

_____          /s/ Robert E. Grossman
Date                             Signature

                                 Robert E. Grossman        RG-2431
                                 Print Name                Bar Number

                                 Chadbourne & Parke, LLP. 30 Rockefeller Plaza
                                 Address

                                 New York        NY         10112
                                 City            State      Zip Code

                                 (212) 408-5236         (212) 541-5369
                                 Phone Number           Fax Number