AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,
   Plaintiff,
-against-
LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK, LORI CALLEGARI AND TD BANKNORTH INC.,
   Defendants.

PHOENIX LIFE INSURANCE CO.,
   Third-Party Plaintiff,
-against-
STEVEN LOCKWOOD,
   Third-Party Defendant.

**APPEARANCE**

Case Number: 08-CV-2429 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Jonathan S. Berck

I certify that I am admitted to practice in this court.

5/14/08
Date   Format m/d/yyyy

Signature
Peter Jakab
Print Name

233 Broadway - Suite 930
Address

New York   NY   10279
City   State   Zip Code

212 732 9290   212 227 6479
Phor Format (999) 999-9999   Format (999) 999-9999mber

PJ-8553
Bar Number