

# DORSEY
DORSEY & WHITNEY LLP

CHRISTOPHER G. KARAGHEUZOFF
(212) 735-0793
FAX (212) 953-7201
karagheuzoff.christopher@dorsey.com

May 14, 2008



**VIA MESSENGER**

Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    Kramer v. Lockwood Pension Services, Inc., et al., Index No. 08-CV-2429

Dear Judge Batts:

We represent defendant Phoenix Life Insurance Co. ("Phoenix") in the above-referenced lawsuit. We write to advise the Court that Phoenix has consented to the plaintiff's proposed Amended Complaint, which was electronically filed on May 7, 2008, without prior notice to Phoenix. Pursuant to Fed. R. Civ. P. 15(a)(3), Phoenix will respond to the Amended Complaint within ten (10) business days of today's consent (that is, on or before May 29, 2008).

[Handwritten: GRANTED /DAB]

Respectfully,

Christopher G. Karagheuzoff

cc:    Andrew A. Wittenstein, Esq., counsel for Plaintiff (via electronic mail)

        Tab K. Rosenfeld, Esq., counsel for Defendants and Cross-Claim Defendants Lockwood
          Pension Services, Inc. and Tall Tree Advisors, Inc., and Third-Party Defendant
          Steven Lockwood (via electronic mail)

        Stephen Ross Herbert, counsel for Defendant TransAmerica Occidental Life Insurance
          Co. (via electronic mail)

        Katherine Leigh Hersh, Esq., counsel for Defendant Lincoln Life & Annuity Co. of New
          York (via electronic mail)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
5/15/08

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA  CANADA  EUROPE  ASIA