UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALICE KRAMER, as Personal Representative
of the Estate of Arthur Kramer,
        Plaintiff(s),                               Index No. 08 CV 2429(DAB)(MHD)

   -against-                                   AFFIDAVIT OF SERVICE

LOCKWOOD PENSION SERVICES, INC., et al.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14th day of May 2008, at approximately 12:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, JUDGES' RULES, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Jonathan S. Berck at Jonathan S. Brerck, LLC at 75 Rockefeller Plaza, 18th Floor, New York, NY 10019, by personally delivering and leaving the same with Jonathan S. Berck at that address. At the time of service, deponent asked Jonathan S. Berck whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Jonathan S. Berck is a white male, approximately 42 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 180 pounds with balding brown hair and blue eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
15th day of May 2008,

_[signature]_
NOTARY PUBLIC

                                  JONATHAN T. RIPPS
                             Notary Public, State of New York
                                NO. 01RI6109718
                             Qualified in Rockland County
                           Certificate Filed in New York County
                          Commission Expires May 17, 20 08