

# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112

tel (212) 408-5100  fax (212) 541-5369

Robert A. Schwinger
direct tel (212) 408-5364  fax (646) 710-5364
rschwinger@chadbourne.com

May 14, 2008



**BY HAND**

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kramer v. Lockwood Pension Services, Inc., et al. 08-CV-2429 (DAB) (MHD)

Dear Judge Batts:

We represent defendant Life Product Clearing, LLC ("LPC") if the above-referenced matter. Pursuant to Rule I(E) of Your Honor's Individual Practices, LPC hereby respectfully requests that its time to answer, move or otherwise respond to plaintiff's Amended Complaint dated May 7, 2008 be extended up to and including June 20, 2008. Pursuant to Federal Rules of Civil Procedure 15(a)(3) and 6(d), LPC's response to the Amended Complaint is currently due May 20.

GRANTED /DAB

No previous requests for an extension have been made, and counsel for plaintiff has consented to the requested extension.

Thank you for your consideration.

Respectfully submitted,

Robert A. Schwinger

cc:  Andrew A. Wittenstein, Esq. (via facsimile)
    Katherine L. Villanueva, Esq. (via facsimile)
    Christopher G. Karagheuzoff (via facsimile)
    Stephen R. Herbert (via facsimile)

**SO ORDERED**

Deborah A. Batts

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 19, 2008

MEMO ENDORSED

MEMO ENDORSED

MEMO ENDORSED