Tab K. Rosenfeld (TR-9212)
Steven M. Kaplan (SK-4228)
ROSENFELD & KAPLAN, LLP.
535 Fifth Avenue
New York, New York 10017
(212) 682-1400
Attorneys for Defendants Lockwood
Pension Services, Inc. and Tall Tree
Advisors, Inc. and Third-Party
Defendant Steven Lockwood

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALICE KRAMER, as Personal Representative of
the Estate of Arthur Kramer,

           Plaintiff,

    - against -

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA
OCCIDENTAL LIFE INSURANCE CO., PHOENIX
LIFE INSURANCE CO., LINCOLN LIFE &
ANNUITY CO. OF NEW YORK, AND
JONATHAN S. BERCK,

           Defendants.
------------------------------------------------------------x
PHOENIX LIFE INSURANCE CO.,

           Third-Party Plaintiff,

    - against -

STEVEN LOCKWOOD,

           Third-Party Defendant.
------------------------------------------------------------x

Case No. 08 CV 2429
(DAB)(MHD)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that the undersigned attorneys hereby appear as attorneys of record for Defendants Lockwood Pension Services, Inc. and Tall Tree Advisors, Inc. and Third-

Party Defendant Steven Lockwood and request that copies of all papers in this action be served upon them at the office and address set forth below.

Dated: New York, New York
      May 19, 2008

                                        **ROSENFELD & KAPLAN, LLP.**

                                        By: _____
                                            Tab K. Rosenfeld (TK-9212)
                                            Steven M. Kaplan (SK-4228)

                                          535 Fifth Avenue, Suite 1006
                                        New York, New York 10017
                                        (212) 682-1400

                                        Attorneys for Defendants Lockwood
                                        Pension Services, Inc., Tall Tree
                                        Advisors, Inc. and Third- Party
                                        Defendant Steven Lockwood