

# FEIN & JAKAB
ATTORNEYS AND COUNSELORS AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY • SUITE 930
NEW YORK, NY 10279
TEL: (212) 732-9290
FAX: (212) 227-6479



May 19, 2008

**VIA HAND DELIVERY**

Chambers of the Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2510
New York, NY 10007

MEMO ENDORSED

Re: ***Kramer v. Lockwood Pension Services, Inc. et al.***
     Case No. 08 CV 2429 (DAB)

Dear Judge Batts:

  We represent the defendant Jonathan S. Berck, first named in this action in the recently filed Amended Complaint and first notified of this action on about May 14. We have entered a notice of appearance on behalf of Mr. Berck.

  We write to seek a short extension of time for the response to the Amended Complaint to and including June 20. Counsel for the Plaintiff has consented to this extension. Mr. Berck has made no prior requests for extension of time to respond.

GRANTED
/DAB/

  The Court's attention to this scheduling matter is very much appreciated.

Very truly yours,

PETER JAKAB

PJ:lb
cc: Andrew Wittenstein by fax

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 20, 2008