Tab K. Rosenfeld (TR-9212)
Steven M. Kaplan (SK-4228)
ROSENFELD & KAPLAN, LLP.
535 Fifth Avenue
New York, New York 10017
(212) 682-1400
Attorneys for Defendants Lockwood
Pension Services, Inc. and Tall Tree
Advisors, Inc. and Third-Party
Defendant Steven Lockwood

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ALICE KRAMER, as Personal Representative of :
the Estate of Arthur Kramer, :
 :
               Plaintiff, :
 : Case No. 08 CV 2429
     - against - : (DAB)(MHD)
 :
LOCKWOOD PENSION SERVICES, INC., TALL :
TREE ADVISORS, INC., LIFE PRODUCTS :
CLEARING, LLC, TRANSAMERICA :
OCCIDENTAL LIFE INSURANCE CO., PHOENIX : **NOTICE OF APPEARANCE**
LIFE INSURANCE CO., LINCOLN LIFE & :
ANNUITY CO. OF NEW YORK, AND :
JONATHAN S. BERCK, :
 :
               Defendants. :
-------------------------------------------------------------------x
PHOENIX LIFE INSURANCE CO., :
 :
            Third-Party Plaintiff, :
 :
     - against - :
 :
STEVEN LOCKWOOD, :
 :
           Third-Party Defendant. :
-------------------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that the undersigned attorneys hereby appear as attorneys of

record for Defendants Lockwood Pension Services, Inc. and Tall Tree Advisors, Inc. and Third-

Party Defendant Steven Lockwood and request that copies of all papers in this action be served upon them at the office and address set forth below.

Dated: New York, New York
      May 19, 2008

                                        ROSENFELD & KAPLAN, LLP.

                                  By: _____
                                        Tab K. Rosenfeld (TK-9212)
                                        Steven M. Kaplan (SK-4228)

                                        535 Fifth Avenue, Suite 1006
                                        New York, New York 10017
                                        (212) 682-1400

                                        Attorneys for Defendants Lockwood
                                        Pension Services, Inc., Tall Tree
                                        Advisors, Inc. and Third- Party
                                        Defendant Steven Lockwood