# DrinkerBiddle&Reath LLP

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

*VIA* **HAND DELIVERY**

May 23, 2008



Katherine L. Villanueva
215-988-2535
katherine.villanueva@dbr.com

Honorable Deborah A. Batts
United States District Court Judge
United States District Courthouse
500 Pearl Street
Room 2510
New York, NY 10007

RE: ***Kramer v. Lockwood Pension Services, Inc., et al.*, Case No. 08-CV-2429-DAB (S.D.N.Y.)**

Dear Judge Batts:

We represent Defendant Lincoln Life & Annuity Company of New York ("Lincoln") in the above-referenced matter. On May 7, 2008, plaintiff filed an Amended Complaint. Pursuant to Rule I(E) of Your Honor's Individual Practices, Lincoln hereby respectfully requests that its time to answer, move, or otherwise respond to the Amended Complaint be extended up to and including June 3, 2008. Lincoln's response is currently due May 27, 2008.

GRANTED
[DAB]

No previous requests for extensions have been made by Lincoln, and counsel for plaintiff has consented to the requested extension.

MEMO ENDORSED

Respectfully,

Katherine Villanueva

Katherine L. Villanueva

KLV/elm

cc: Andrew A. Wittenstein, Esq. (*via* facsimile (212) 223-8391)
Steven M. Kaplan, Esq. (*via* facsimile (212) 682-1100)
Robert A. Schwinger, Esq. (*via* facsimile (212) 541-5369)
Stephen R. Herbert, Esq. (*via* facsimile (212) 935-5663)
Christopher G. Karagheuzoff, Esq. (*via* facsimile (212) 953-7701)
Peter Jakab, Esq. (*via* facsimile (212) 227-6479)

**SO ORDERED**

*Deborah A. Batts*
**DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE**
May 23, 2008

*Established 1849*