# ROSENFELD & KAPLAN, L.L.P.
(A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS)

ATTORNEYS AT LAW

535 FIFTH AVENUE

10TH FLOOR

NEW YORK, NEW YORK 10017

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM
E-MAIL: TAB@ROSENFELDLAW.COM

TEL: (212) 682-1400
FAX: (212) 682-1100

May 23, 2008

**VIA FACSIMILE**
Honorable Deborah A. Batts
United States District Court Judge
United States District Courthouse
500 Peal Street
Room 2510
New York, New York 10007

**MEMO ENDORSED**

Re: Kramer v. Lockwood Pension Services, Inc. et. al.,
Case No. 08- CV-2429-DAB (S.D.N.Y.)

Dear Judge Batts:

We represent defendants Steven Lockwood, Lockwood Pension Services, Inc., and Tall Tree Advisors, Inc. in the above-referenced matter. On May 7, 2008, plaintiff filed an Amended Complaint. Pursuant to Rule I(E) of Your Honor's Individual Practices, defendants hereby respectfully request that their time to answer, move, or otherwise respond to the Amended Complaint be extended up to and including June 27, 2008. Defendants' response is currently due May 27, 2008.

**GRANTED /DAB/**

No previous requests for an extension has been made by the above-referenced defendants, and counsel for plaintiff has consented to the requested extension.

Respectfully,

**MEMO ENDORSED**

Tab K. Rosenfeld

TKR/je
cc: Andrew A. Wittenstein, Esq.(via facsimile (212) 223-8391)
Katherine L. Villanueva, Esq.(via facsimile (215) 988-2757)
Robert A. Schwinger, Esq.(via facsimile (212) 541-5369)
Stephen R. Herbert, Esq. (via facsimile (212)935-5663)
Christopher G. Karagheuzoff, Esq.(via facsimile (212) 953-7201)
Peter Jakab, Esq. (via facsimile (212) 227-6479)

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 23, 2008