UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>　　　　　　　　　　Plaintiff,<br><br>—against—<br><br>LOCKWOOD PENSION SERVICES, INC., ET AL.,<br><br>　　　　　　　　　　Defendants. | Case No.: 08 CV 2429-DAB-MHD |

## NOTICE OF MOTION TO ADMIT CHARLES J. VINICOMBE *PRO HAC VICE*

PLEASE TAKE NOTICE that Katherine L. Villanueva hereby moves this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission *pro hac vice* of:

> Charles J. Vinicombe
> DRINKER BIDDLE & REATH LLP
> One Logan Square, 18th and Cherry Streets
> Philadelphia, PA 19103
> Telephone: (215) 988-2700
> Facsimile: (215) 988-2757

Charles J. Vinicombe is a member of the firm of Drinker Biddle & Reath LLP, and he is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Charles J. Vinicombe in any state or federal court.

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP

_____
Katherine L. Villanueva (KV5283)
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140


*Attorneys for Defendant Lincoln Life &
Annuity Company of New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>                              Plaintiff,<br><br>—against—<br><br>LOCKWOOD PENSION SERVICES, INC., ET AL.,<br><br>                              Defendants. | Case No.: 08 CV 2429-DAB-MHD |

**AFFIDAVIT OF KATHERINE L. VILLANUEVA IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

KATHERINE L. VILLANUEVA being duly sworn according to law, upon her oath deposes and says:

15. I am associated with the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant Lincoln Life & Annuity Company of New York ("Lincoln"). I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Lincoln's motion for Charles J. Vinicombe to be admitted to participate in this action *pro hac vice*.

16. I am a member in good standing of the bar of the State of New York, and I was admitted to practice law in July 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

17. I have known Charles J. Vinicombe since August 2006.

18. Mr. Vinicombe is an attorney with Drinker Biddle & Reath LLP and is a resident of Drinker Biddle's Philadelphia office. Mr. Vinicombe is a member of good standing of the Bar of the State of New Jersey. A copy of Mr. Vinicombe's certificate of good standing from the State of New Jersey is annexed hereto as Exhibit A.

19. I have found Mr. Vinicombe to be a skilled attorney and person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

20. Accordingly, I am pleased to move the admission of Charles J. Vinicombe, *pro hac vice* in this action.

21. I respectfully submit a stipulation and proposed order granting the admission of Charles J. Vinicombe, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Charles J. Vinicombe, *pro hac vice*, to represent Defendant Lincoln Life & Annuity Company of New York in the above referenced matter, be granted.

Dated: May 23, 2008

_____
Katherine L. Villanueva (KV5283)

Sworn to before me this 23rd
day of May, 2008.

_____
Notary Public

NOTARIAL SEAL
Renay L. Weaver, Notary Public
City of Philadelphia, Philadelphia County
My commission expires Jul. 06, 2010

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CHARLES J VINICOMBE** (No. **006401990**) was constituted and appointed an Attorney at Law of New Jersey on **June 07, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **May**, 20 **08**

Clerk of the Supreme Court

-453a-

## **CERTIFICATE OF SERVICE**

I, Katherine L. Villanueva, hereby certify that on the date set forth below, I mailed copies of the foregoing documents via Federal Express to the following individuals:

Andrew A. Wittenstein
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
Fax: (212) 223-8391

Stephen Ross Herbert
Locke & Herbert
1114 Avenue of The Americas, 40th Fl.
New York, NY 10036
(212) 935-8787
Fax: (212) 935-5663

Christopher George Karagheuzoff
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
(212) 735-0793
Fax: (212) 953 7201

I also hereby certify that on the date set forth below, I submitted courtesy copies of the aforementioned, marked as courtesy copies, by overnight Federal Express to the following:

The Honorable Deborah A. Batts, USDJ
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007
(two copies)

The Honorable Michael H. Dolinger, USMJ
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007
(one copy)

/s/ Katherine L. Villanueva
_____
Katherine L. Villanueva (KV 5283)
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140

Dated: May 23, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>         Plaintiff,<br><br>—against—<br><br>LOCKWOOD PENSION SERVICES, INC., ET AL.,<br><br>         Defendants. | Case No.: 08 CV 2429-DAB-MHD |

## ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Charles J. Vinicombe, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

IT IS SO ORDERED.

Dated: May __, 2008

_____
Judge Deborah A. Batts