USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 Jun 08

United States District Court
Southern District of New York
----------------------------------------X
ALICE KRAMER, as Personal Representative
of the Estate of Arthur Kramer,

                    Plaintiff,

   -against-                      08 Civ. 2429 (DAB)
                                                    ORDER

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA
OCCIDENTAL LIFE INSURANCE CO., PHOENIX
LIFE INSURANCE CO., LINCOLN LIFE &
ANNUITY CO. OF NEW YORK AND
JONATHAN S. BERCK,

                    Defendants
----------------------------------------X
PHOENIX LIFE INSURANCE CO.,

                    Third-Party Plaintiff,

   -against-

STEVEN LOCKWOOD,

                    Third-Party Defendant.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of the stipulated agreement between the attorneys for the Plaintiff, Alice Kramer, and the attorneys for Defendant Transamerica Occidental Life Insurance Company that Transamerica's time to answer, move or otherwise plead is extended up to and including August 1, 2008. That application for an extension of time is GRANTED.

    In the future, should any party in this matter seek an extension of time, they will consult with all other parties with

a view towards making a joint application. The request for an extension shall state the proposed new dates for those parties seeking the extension as well as the existing due dates of all remaining parties.

    SO ORDERED.

Dated:    New York, New York
           June 16, 2008

                                          Deborah A. Batts
                                 United States District Judge