

# FEIN & JAKAB
ATTORNEYS AND COUNSELORS AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY • SUITE 930
NEW YORK, NY 10279
TEL: (212) 732-9290
FAX: (212) 227-6479

June 18, 2008

**VIA HAND DELIVERY**

Chambers of the Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2510
New York, NY 10007

Re: *Kramer v. Lockwood Pension Services, Inc. et al.*
Case No. 08 CV 2429 (DAB)

Dear Judge Batts:

We represent the defendant Jonathan S. Berck, first named in this action in the Amended Complaint and first notified of this action on about May 14. We have entered a notice of appearance on behalf of Mr. Berck.

We write to seek a short extension of time for the response to the Amended Complaint. In accordance with Your Honor's June 16 direction to coordinate the defendants' response dates in this action, we ask that Defendant Berck's response date be August 1. This date will bring Mr. Berck's response date into line with that granted by the Court for Defendant TransAmerica Occidental Life Insurance Company. Counsel for the Plaintiff has consented to this extension.

GRANTED
/DAB

The Court's attention to this scheduling matter is very much appreciated.

Very truly yours,

PETER JAKAB

PJ:lb
cc: Andrew Wittenstein by fax

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
19 June 08