UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,

          Plaintiff,

    -against-

LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK and JONATHAN S. BERCK,

          Defendants.

PHOENIX LIFE INSURANCE CO.,

          Third-Party Plaintiff,

    -against-

STEVEN LOCKWOOD,

         Third-Party Defendant.

**ECF Case**

08 Civ. 2429 (DAB) (MHD)

**RULE 7.1 STATEMENT**

---

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Life Product Clearing LLC ("LPC") certifies that LPC has no corporate parents, affiliates, and/or subsidiaries which are publicly held. The undersigned counsel further certifies that no publicly held company owns 10% or more of the shares of LPC.

Dated: New York, New York
 June 20, 2008

                                      CHADBOURNE & PARKE LLP

                                      By   */s/ Robert A. Schwinger*
                                            Oliver J. Armas
                                          Robert A. Schwinger
                                        Members of the Firm
                           Attorneys for Defendant
                              Life Product Clearing LLC
                           30 Rockefeller Plaza
                           New York, New York  10112
                           (212) 408-5100
                           *oarmas@chadbourne.com*
                           *rschwinger@chadbourne.com*