USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 30 Jun 08

# ROSENFELD & KAPLAN, L.L.P.
(A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS)

ATTORNEYS AT LAW

535 FIFTH AVENUE

10TH FLOOR

NEW YORK, NEW YORK 10017

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM
E-MAIL: TAB@ROSENFELDLAW.COM

TEL: (212) 682-1400
FAX: (212) 682-1100

**MEMO ENDORSED**

June 25, 2008

**RECEIVED JUN 25 2008 CHAMBERS OF DEBORAH A. BATTS**

**BY HAND**
Honorable Deborah A. Batts
United States District Judge
United States District Courthouse
500 Pearl Street
Room 2510
New York, New York 10007

Re: **Kramer v. Lockwood Pension Services, Inc.**
    **Case No. 08-CV-2429-DAB (S.D.N.Y.)**

Dear Judge Batts:

We represent defendants Steven Lockwood, Lockwood Pension Services, Inc. and Tall Tree Advisors, Inc. in the above-referenced matter. Defendants hereby request that their time to move, answer or otherwise respond to the Amended Complaint and to defendant Phoenix Life Insurance Co.'s ("Phoenix") cross claims and third party claims as against defendant Steven Lockwood be extended to and including July 7, 2008.

*GRANTED /DAB/*

Defendants' response to the amended complaint was originally due on May 27, 2008 and, by Court Order dated May 23, 2008, was extended to and including June 27, 2008. Defendants' response to Phoenix's cross claims and amended complaint was by agreement of the parties also set for June 27, 2008 and so-ordered by this Court on May 23, 2008.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

30 Jun 08