EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALICE KRAMER, as Personal Representative of the
Estate of Arthur Kramer,                                              Case No. 08 Civ. 2429
                                                                      AFFIDAVIT OF SERVICE
                        Plaintiff (s),

        -against-

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA OCCIDENTAL
LIFE INSURANCE CO., PHOENIX LIFE
INSURANCE CO., LINCOLN LIFE & ANNUITY CO.
OF NEW YORK and JONATHAN S. BERCK,

                        Defendant (s).
-------------------------------------------------------------------------X
PHOENIX LIFE INSURANCE CO.,

                        Third-Party Plaintiff (s),

        -against-

STEVEN LOCKWOOD,

                        Third-Party Defendant (s).
-------------------------------------------------------------------------X
LIFE PRODUCT CLEARING, LLC,

                        Third-Party Plaintiff (s),

        -against-

LIZA KRAMER and ANDREW KRAMER,

                        Third-Party Defendant (s).
-------------------------------------------------------------------------X

STATE OF CALIFORNIA        )
                                              :s.s:
COUNTY OF SANTA CLARA   )

      ERIC RAILEY, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of California.

      I am an agent for EPS Judicial Process Service, Inc. and received the Third Party Summons in a Civil Action and Defendant-Third-Party Plaintiff Life Product Clearing LLC's Third-Party Complaint for the above entitled-action to be served upon Liza Kramer, Third-Party defendant herein named.

      On the 24th day of June, 2008, at approximately 9:05 p.m. at 1940 Los Angeles Avenue, Berkley, California, I attempted to serve true copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT, in the above-entitled action upon, LIZA KRAMER, Third-Party defendant herein named, but upon my arrival and after ringing the door bell for several minutes and getting no response I realized there was no one home; nonetheless I noticed that there was a lot of mail in her mail slot.

      On the 25th day of June, 2008, at approximately 7:00 a.m. at the aforementioned address, I attempted to serve, for the second time, true copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT, in the above-entitled action upon, LIZA KRAMER, Third-Party defendant herein named, but upon my arrival and after ringing the door bell for several minutes and getting no response I realized again there was no one home; so I left.

On the 25th day of June, 2008, at approximately 7:40 a.m. at 1940 Los Angeles Avenue, Berkley, California, I attempted to serve, for the third time, true copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT, in the above-entitled action upon, LIZA KRAMER, Third-Party defendant herein named, but upon my arrival and after ringing the door bell and getting no response I realized there was no one home.

At approximately 7:45 a.m. at the aforementioned address, I served true copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT, in the above-entitled action upon, LIZA KRAMER, Third-Party defendant herein named, by posting and leaving thereat, true copies of the above mentioned documents on the door of the aforementioned address.

Sworn to before me this,
25th day of June, 2008

_____
NOTARY PUBLIC

_____
ERIC RAILEY

GINA MARIA MCCALL
Commission # 1633113
Notary Public - California
Santa Clara County
My Comm. Expires Dec 25, 2009

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALICE KRAMER, as Personal Representative of the
Estate of Arthur Kramer,                                                          Case No. 08 Civ. 2429
                                                                                                AFFIDAVIT OF SERVICE
                                Plaintiff (s),


      -against-

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA OCCIDENTAL
LIFE INSURANCE CO., PHOENIX LIFE
INSURANCE CO., LINCOLN LIFE & ANNUITY CO.
OF NEW YORK and JONATHAN S. BERCK,

                                Defendant (s).
-------------------------------------------------------------------------X
PHOENIX LIFE INSURANCE CO.,

                          Third-Party Plaintiff (s),

     -against-

STEVEN LOCKWOOD,

                          Third-Party Defendant (s).
-------------------------------------------------------------------------X
LIFE PRODUCT CLEARING, LLC,

                          Third-Party Plaintiff (s),

     -against-

LIZA KRAMER and ANDREW KRAMER,

                          Third-Party Defendant (s).
-------------------------------------------------------------------------X

STATE OF NEW YORK       )
                        :s.s:
COUNTY OF QUEENS        )

        TIFFANY GARCIA, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 25th day of June, 2008, I completed the service of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT upon LIZA KRAMER, Third-Party defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Liza Kramer
1940 Los Angeles Avenue
Berkley, California 94707

Sworn to before me this,
25th day of June, 2008

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

_____
TIFFANY GARCIA
Organization License No. 1155020

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

ROBERT E. GROSSMAN, being duly sworn deposes and says:

1. I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

2. On the 1st Day of July 2008, I served true copies of THE INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and UNITED STATES SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES AND INSTRUCTIONS via United States Post Office delivery, by depositing true copies of the same securely enclosed in postpaid wrappers in a United States Post Office depository maintained at 30 Rockefeller Plaza, New York, NY, upon the following address:

> Liza Kramer
> 1940 Los Angeles Avenue
> Berkley, California 94707

_____
Robert E. Grossman

Sworn to before me this
1st day of July, 2008

_____

MEGAN JO KLEIN
Notary Public, State of New York
No. 02KL6171809
Qualified in New York County
Commission Expires July 30, 20__

NY2 - 498849.02