EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALICE KRAMER, as Personal Representative of the
Estate of Arthur Kramer,

          Case No. 08 Civ. 2429
          AFFIDAVIT OF SERVICE

          Plaintiff (s),

    -against-

LOCKWOOD PENSION SERVICES, INC., TALL
TREE ADVISORS, INC., LIFE PRODUCTS
CLEARING, LLC, TRANSAMERICA OCCIDENTAL
LIFE INSURANCE CO., PHOENIX LIFE
INSURANCE CO., LINCOLN LIFE & ANNUITY CO.
OF NEW YORK and JONATHAN S. BERCK,

          Defendant (s).
-------------------------------------------------------------------------X
PHOENIX LIFE INSURANCE CO.,

          Third-Party Plaintiff (s),

    -against-

STEVEN LOCKWOOD,

          Third-Party Defendant (s).
-------------------------------------------------------------------------X
LIFE PRODUCT CLEARING, LLC,

          Third-Party Plaintiff (s),

    -against-

LIZA KRAMER and ANDREW KRAMER,

          Third-Party Defendant (s).
-------------------------------------------------------------------------X

STATE OF NEW YORK    )
                     :s.s.:
COUNTY OF QUEENS     )

ANTHONY CALDERON, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 20th day of June, 2008, at approximately 4:00 p.m. at 622 Third Avenue, 32nd Floor, New York, New York, I served true copies of the THIRD PARTY SUMMONS IN A CIVIL ACTION and DEFENDANT-THIRD-PARTY PLAINTIFF LIFE PRODUCT CLEARING LLC'S THIRD-PARTY COMPLAINT, in the above-entitled action upon, ANDREW KRAMER, Third-Party defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with Andrew Kramer. At time of service, Mr. Kramer identified himself by name and when inquired, Mr. Kramer informed me that he is not enrolled or is in the military.

Mr. Kramer is a Caucasian male, approximately 40-45 years of age, 5'9" tall, 180 lbs, with light hair and light eyes.

Sworn to before me this,
23rd day of June, 2008

_____
NOTARY PUBLIC

EDWIN PATRICK SANTAMARIA
Notary Public, State of New York
No. 01SA6062013
Qualified in New York County
Commission Expires July 30, 20 09

_____
ANTHONY CALDERON
Organization License No. 1155020

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      :    ss.:
COUNTY OF NEW YORK    )

ROBERT E. GROSSMAN, being duly sworn deposes and says:

1. I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

2. On the 1st Day of July 2008, I served true copies of THE INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and UNITED STATES SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES AND INSTRUCTIONS via United States Post Office delivery, by depositing true copies of the same securely enclosed in postpaid wrappers in a United States Post Office depository maintained at 30 Rockefeller Plaza, New York, NY, upon the following address:

> Andrew Kramer
> c/o Kramer Capital Management, Inc.
> 622 Third Avenue, 32nd Floor,
> New York, New York 10017

_____
Robert E. Grossman

Sworn to before me this
1st day of July, 2008

_____

MEGAN JO KLEIN
Notary Public, State of New York
No. 02KLE171809
Qualified in New York County
Commission Expires July 30, 20__

NY2 - 498849.02