UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALICE KRAMER, as Personal Representative of :
the Estate of Arthur Kramer, :
: 
                       Plaintiff, :
: Case No. 08 CV 2429
          - against - : (DAB)(MHD)
:
LOCKWOOD PENSION SERVICES, INC., TALL :
TREE ADVISORS, INC., LIFE PRODUCTS :
CLEARING, LLC, TRANSAMERICA :
OCCIDENTAL LIFE INSURANCE CO., PHOENIX : **NOTICE OF MOTION**
LIFE INSURANCE CO., LINCOLN LIFE & :
ANNUITY CO. OF NEW YORK, AND :
JONATHAN S. BERCK, :
:
                      Defendants. :
----------------------------------------------------------------x
PHOENIX LIFE INSURANCE CO., :
:
               Third-Party Plaintiff, :
:
         - against - :
:
STEVEN LOCKWOOD, :
:
             Third-Party Defendant. :
----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, and upon all prior pleadings and proceedings heretofore had herein, defendants Lockwood Pension Services, Inc. and Tall Tree Advisors, Inc. will move this Court before the Hon. Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York, on such date as designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint as against them, and for such other and further

relief as may be just and proper.

Dated: July 7, 2008

                                                **ROSENFELD & KAPLAN, LLP.**

By: _/s/ Tab K. Rosenfeld_
Tab K. Rosenfeld (TR-9212)
Steven M. Kaplan (SK-4228)
Robert M. Klingon (RK-0574)
535 Fifth Avenue
New York, New York 10017
(212) 682-1400
Attorneys for Defendants Lockwood
Pension Services, Inc. and Tall Tree
Advisors, Inc. And Third Party Defendant
Steven Lockwood