## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,** | : | |
| | : | |
| | : | **Case No.: 08 CV 2429-DAB-MHD** |
| **Plaintiff,** | : | |
| —against— | : | |
| | : | |
| **LOCKWOOD PENSION SERVICES, INC., ET AL.,** | : | |
| **Defendants.** | : | |
| **PHOENIX LIFE INSURANCE CO.,** | : | |
| | : | |
| **Third-Party Plaintiff,** | : | |
| —against— | : | |
| **STEVEN LOCKWOOD,** | : | |
| **Third-Party Defendant.** | : | |
| **LIFE PRODUCT CLEARING LLC,** | : | |
| | : | |
| **Third-Party Plaintiff,** | : | |
| —against— | : | |
| **LIZA KRAMER and ANDREW B. KRAMER,** | : | |
| | : | |
| **Third-Party Defendants.** | : | |

## AFFIDAVIT OF KATHERINE L. VILLANUEVA

STATE OF PENNSYLVANIA    )
                         )    SS:
COUNTY OF PHILADELPHIA    )

Katherine L. Villanueva, being duly sworn, affirms the following under penalties of perjury:

1.      I am a member of the Bar of the State of New York, am admitted to practice in the Southern District of New York, and am an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant Lincoln Life & Annuity Company of New York in the above-entitled action. I am familiar with all the facts and circumstances herein. I make this affidavit in support of the Reply Memorandum of Law of Lincoln Life & Annuity Company of New York in Support of Its Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit A to the Reply Memorandum of Law of Lincoln Life & Annuity Company of New York in Support of Its Motion to Dismiss the Amended Complaint are the unpublished cases cited in the Reply Memorandum, not previously attached as exhibits to Memorandum of Law of Lincoln Life & Annuity Company of New York in Support of Its Motion to Dismiss the Amended Complaint, in alphabetical order.

Dated: July 21, 2008

Katherine L. Villanueva

Sworn to before me this

21st day of July 2008

Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
MARIANNE G. HAVERLAND, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Dec. 10, 2011

2