**FRIEDMAN & WITTENSTEIN**
A PROFESSIONAL CORPORATION
600 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 750-8700

FAX (212) 223-8391
WWW.FRIEDMANWITTENSTEIN.COM



July 22, 2008

**BY HAND**

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Kramer v. Lockwood Pension Services, Inc., et al.
             08-CV-2429 (DAB) (MHD)

Dear Judge Batts:

      We represent the plaintiff in the above-entitled matter. Pursuant to Rule I(E) of Your Honor's Individual Practices, plaintiff hereby respectfully requests that her time to respond to defendants Lockwood Pension Services, Inc. ("LPS") and Tall Tree Advisors, Inc.'s ("Tall Tree") Motion to Dismiss the Amended Complaint dated July 7, 2008, be extended up to and including August 15, 2008. Plaintiff's response is currently due on July 24, 2008. No previous requests for an extension have been made, and counsel for defendants LPS and Tall Tree has consented to the requested extension.

GRANTED
DAB

      In accordance with Your Honor's Order of June 16, 2008, we consulted with the other parties prior to submitting this extension request, and we understand that no other parties are presently seeking extensions of time.

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
7/23/08