# LOCKE & HERBERT LLP

1114 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 935-8787

FACSIMILE
(212) 935-5663

CONNECTICUT OFFICE
1100 SUMMER STREET
STAMFORD, CONNECTICUT 06905
(203) 969-6030

FACSIMILE
(203) 324-3607

July 31, 2008

BY HAND

**MEMO ENDORSED**

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED JUL 3 1 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

Re: Kramer v. Lockwood Pension Services, Inc., et al.
08-CV-2429 (DAB)(MHD)

Dear Judge Batts:

We represent defendant Transamerica Occidental Life Insurance Company ("Transamerica") in the above-entitled matter. Pursuant to Rule 1(E) of Your Honor's Individual Practices, Transamerica hereby respectfully requests that its time to move or answer the Amended Complaint in the above-entitled action be extended up to and including September 15, 2008. Counsel for plaintiff has consented to the requested extension.

GRANTED
DAB

Plaintiff and defendant Transamerica have reached an agreement in principle to resolve the matter as between them and are in the process of concluding such agreement. Defendant's response is currently due on August 1, 2008. Your Honor previously granted two extensions of time to Transamerica.

In accordance with Your Honor's Order of June 16, 2008, we consulted with the other parties prior to submitting this extension request, and we understand that no other parties are presently seeking extensions of time.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
31 Jul 08