UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>                        Plaintiff,<br><br>– against –<br><br>LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK AND JONATHAN S. BERCK,<br><br>                        Defendants.<br><br>Various Third-Party Actions | Civil Action No.<br>08 CV 2429 (DAB)(MHD)<br><br>ECF Case<br><br>**NOTICE OF MOTION BY THIRD-PARTY DEFENDANTS LIZA KRAMER AND ANDREW B. KRAMER** |

---------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the accompanying (i) Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Memorandum of Law in Support of Their Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Life Product Clearing LLC in its Counterclaims and Third-Party Complaint, and (ii) Affidavit of Stuart I. Friedman in Support of Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Life Product Clearing LLC in its Counterclaims and Third-Party Complaint, sworn to on July 31, 2008, with exhibits attached thereto, Third-Party Defendants Liza Kramer and Andrew B. Kramer will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Defendant Life Product Clearing LLC's Claim for Tortious Interference

with Contractual Relations, asserted in the Defendant-Third-Party Plaintiff Life Product Clearing LLC's Third-Party Complaint, with prejudice.

Dated: New York, New York
       August 1, 2008

FRIEDMAN & WITTENSTEIN
A Professional Corporation

By: _____
    Stuart I. Friedman (SF-9186)
    Andrew A. Wittenstein (AW-1943)
    Claire L. Chau (CC-0125)

600 Lexington Avenue
New York, New York 10022
(212) 750-8700

*Attorneys for Plaintiff and Third-Party Defendants Liza Kramer and Andrew B. Kramer*