UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| **ALICE KRAMER**, as Personal Representative of the Estate of Arthur Kramer, | : |
| **Plaintiff,** | : Case No.: 08 CV 2429-DAB-MHD |
| —against— | : |
| | : ECF Case |
| **LOCKWOOD PENSION SERVICES, INC., ET AL.,** | : |
| **Defendants.** | : |

_____

**PHOENIX LIFE INSURANCE CO.,**

                      **Third-Party Plaintiff,**

—against—

**STEVEN LOCKWOOD,**

                      **Third-Party Defendant.**

_____

**LIFE PRODUCT CLEARING LLC,**

                      **Third-Party Plaintiff,**

—against—

**LIZA KRAMER and ANDREW B. KRAMER,**

                      **Third-Party Defendants.**

**Oral Argument Requested**

_____

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, based upon the accompanying memorandum of law, Defendant, Lincoln Life & Annuity Company of New York ("Lincoln") will move this Court before the Honorable Deborah A. Batts, at the Courthouse for the Southern District of New York, for an Order, pursuant to the doctrines of abstention and *forum non conveniens*, and

Federal Rule of Civil Procedure 12(b)(6), dismissing Defendant Life Product Clearing, LLC's Cross-Claims asserted against Lincoln with prejudice.

| | |
|---|---|
| Dated: New York, New York<br>August 1, 2008 | DRINKER BIDDLE & REATH LLP<br><br>/s/ Katherine L. Villanueva<br>Katherine L. Villanueva (KH 5283)<br>140 Broadway, 39th Floor<br>New York, NY  10005<br>(212) 248-3140<br><br>OF COUNSEL<br>Stephen C. Baker<br>Michael J. Miller<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br><br>For Defendant Lincoln Life & Annuity Co.<br>of New York |

**CERTIFICATE OF SERVICE**

      I, Katherine L. Villanueva, hereby certify that on the date set forth below, I electronically filed the Notice of Motion, using the CM/ECF system, which will send notification of such filings to CM/ECF participants.

      I also hereby certify that on the date set forth below, I submitted a courtesy copy of the aforementioned, marked as a courtesy copy, by overnight Federal Express to the following:

The Honorable Deborah A. Batts, USDJ  
United States Courthouse  
500 Pearl St., Room 2510  
New York, NY 10007  
(two copies)

      /s/ Katherine L. Villanueva  
      Katherine L. Villanueva (KH 5283)  
      Drinker Biddle & Reath LLP  
      140 Broadway, 39th Floor  
      New York, NY 10005  
      (212) 248-3140

Dated: August 1, 2008