UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,

                          Plaintiff,

-against-

LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK and JONATHAN S. BERCK,

                          Defendants.

**ECF Case**

08 Civ. 2429 (DAB) (MHD)

**Rule 7.1 Statement**

---

PHOENIX LIFE INSURANCE CO.,

                          Third-Party Plaintiff,

-against-

STEVEN LOCKWOOD,

                          Third-Party Defendant.

---

LIFE PRODUCT CLEARING LLC, JOHNATHAN S. BERCK,

                          Third-Party Plaintiff,

-against-

LIZA KRAMER and ANDREW B. KRAMER,

                          Third-Party Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>DEFENDANT AND THIRD-PARTY PLAINTIFF JONATHAN S. BERCK</u> (private non-governmental party) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** August 1, 2008  _____/s/_____
PETER JAKAB

**Attorney Bar Code: PJ-8553**