

**DORSEY**

CHRISTOPHER G. KARAGHEUZOFF
(212) 735-0793
FAX (212) 953-7201
karagheuzoff.christopher@dorsey.com

August 8, 2008

**VIA MESSENGER**

Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:   Kramer v. Lockwood Pension Services, Inc., et al., Index No. 08-CV-2429

Dear Judge Batts:

    We represent defendant Phoenix Life Insurance Co. ("Phoenix") in the above-referenced lawsuit.  Pursuant to Rule 1(E) of Your Honor's Individual Practices, Phoenix hereby respectfully requests that its time to submit its opposition to the motion of Steven Lockwood, Lockwood Pension Services, Inc. and Tall Tree Advisors, Inc. (the "Lockwood Defendants") to dismiss Phoenix's cross-claims/third-party claims be extended from August 15, 2008, up to and including September 15, 2008, and that the date by which the Lockwood Defendants' reply to Phoenix's opposition papers be extended from September 15, 2008, through and including October 15, 2008.  Counsel to the Lockwood Defendants has consented to the requested extension.

[handwritten: GRANTED / DAB]

    This is the first request made by Phoenix to extend its response date beyond those set forth in the briefing schedule initially contemplated by the parties and endorsed by the Court.

    In accordance with Your Honor's Order of June 16, 2008, we consulted with the other parties prior to submitting this request, and we understand that no other parties are presently seeking extensions of time.

Respectfully,

Christopher G. Karagheuzoff

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
8/11/08

cc (via electronic mail):

Andrew A. Wittenstein, Esq., counsel for Plaintiff (via electronic mail)

Tab K. Rosenfeld, Esq., counsel for Defendants and Cross-Claim Defendants Lockwood
   Pension Services, Inc. and Tall Tree Advisors, Inc., and Third-Party Defendant Steven
   Lockwood (via electronic mail)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
250 PARK AVENUE • NEW YORK, NEW YORK 10177-1500
USA   CANADA   EUROPE   ASIA