UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
ALICE KRAMER, as Personal Representative of the : Civil Action No.
Estate of Arthur Kramer, : 08 CV 2429 (DAB)(MHD)
:
                    Plaintiff, : ECF Case
:
        – against – : **NOTICE OF MOTION**
: **BY PLAINTIFF**
LOCKWOOD PENSION SERVICES, INC., TALL :
TREE ADVISORS, INC., LIFE PRODUCTS :
CLEARING, LLC, TRANSAMERICA :
OCCIDENTAL LIFE INSURANCE CO., PHOENIX :
LIFE INSURANCE CO., LINCOLN LIFE & :
ANNUITY CO. OF NEW YORK AND :
JONATHAN S. BERCK, :
:
                    Defendants. :
——————————————————————:
           Various Third-Party Actions :
————————————————————————x

      PLEASE TAKE NOTICE that upon the accompanying (i) Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Memorandum of Law in Support of Their Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Jonathan S. Berck in his Counterclaims and Third-Party Complaint, and (ii) Affidavit of Andrew A. Wittenstein in Support of Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Jonathan S. Berck in his Counterclaims and Third-Party Complaint, sworn to on August 22, 2008, with exhibits attached thereto, Plaintiff Alice Kramer, as Personal Representative of the Estate of Arthur Kramer, will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Defendant Jonathan S. Berck's Counterclaim for Tortious Interference with

Contractual Relations, asserted in the Answer to Amended Complaint with Counterclaims and Cross-Claims, with prejudice.

Dated: New York, New York
   August 25, 2008

FRIEDMAN & WITTENSTEIN
A Professional Corporation

By: *[signature]*
Stuart I. Friedman (SF-9186)
Andrew A. Wittenstein (AW-1943)
Claire L. Chau (CC-0125)

600 Lexington Avenue
New York, New York 10022
(212) 750-8700

*Attorneys for Plaintiff and Third-Party Defendants Liza Kramer and Andrew B. Kramer*