UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALICE KRAMER**, as Personal Representative of the Estate of Arthur Kramer,<br><br>        Plaintiff,<br> —against—<br><br>**LOCKWOOD PENSION SERVICES, INC., ET AL.**,<br><br>        Defendants.<br><br>**PHOENIX LIFE INSURANCE CO.**,<br><br>        Third-Party Plaintiff,<br> —against—<br><br>**STEVEN LOCKWOOD**,<br><br>        Third-Party Defendant.<br><br>**LIFE PRODUCT CLEARING LLC, and JONATHAN S. BERCK**<br><br>        Third-Party Plaintiffs,<br> —against—<br><br>**LIZA KRAMER and ANDREW B. KRAMER**,<br><br>        Third-Party Defendants. | Case No.: 08 CV 2429-DAB-MHD<br><br>ECF Case<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Oral Argument Requested |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that, based upon the accompanying memorandum of law, Defendant Lincoln Life & Annuity Company of New York ("Lincoln") will move this Court before the Honorable Deborah A. Batts, at the Courthouse for the Southern District of New York, for an Order, pursuant to the doctrines of abstention and *forum non conveniens*, and

Federal Rule of Civil Procedure 12(b)(6), dismissing Defendant Jonathan S. Berck's Cross-Claims against Lincoln with prejudice.

Dated: August 25, 2008                                DRINKER BIDDLE & REATH LLP

/s/ Elizabeth L. McLachlan
Elizabeth L. McLachlan (*pro hac vice*)
Michael J. Miller (*pro hac vice)*
Charles J. Vinicombe (*pro hac vice*)
Katherine L. Villanueva (KH 5283)
One Logan Square
18th and Cherry Sts.
Philadelphia, PA 19103
(215) 988-2700
*elizabeth.mclachlan@dbr.com*
*michael.miller@dbr.com*
*charles.vinicombe@dbr.com*
*katherine.villanueva@dbr.com*

For Defendant Lincoln Life & Annuity Company of New York

## **CERTIFICATE OF SERVICE**

I, Elizabeth L. McLachlan, hereby certify that on the date set forth below, I electronically filed the Notice of Motion, using the CM/ECF system, which will send notification of such filings to CM/ECF participants.

I also hereby certify that on the date set forth below, I submitted a courtesy copy of the aforementioned, marked as a courtesy copy, by overnight Federal Express to the following:

The Honorable Deborah A. Batts, USDJ
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007
(two copies)

/s/ Elizabeth L. McLachlan
Elizabeth L. McLachlan (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Sts.
Philadelphia, PA 19103

Dated: August 25, 2008