UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer, | Civil Action No.<br>08 CV 2429 (DAB)(MHD) |
| Plaintiff, | ECF Case |
| – against – | **NOTICE OF MOTION BY THIRD-PARTY DEFENDANTS LIZA KRAMER AND ANDREW B. KRAMER** |
| LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK AND JONATHAN S. BERCK, | |
| Defendants. | |
| Various Third-Party Actions | |

---------------------------------------------------------x

  PLEASE TAKE NOTICE that upon the accompanying (i) Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Memorandum of Law in Support of Their Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Jonathan S. Berck in his Counterclaims and Third-Party Complaint, and (ii) Affidavit of Andrew A. Wittenstein in Support of Plaintiff's and Third-Party Defendants Liza Kramer and Andrew B. Kramer's Motion to Dismiss the Tortious Interference Claims Asserted by Defendant Jonathan S. Berck in his Counterclaims and Third-Party Complaint, sworn to on August 22, 2008, with exhibits attached thereto, Third-Party Defendants Liza Kramer and Andrew B. Kramer will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Defendant Jonathan S. Berck's Claim for Tortious Interference with Contractual Relations, asserted

in the Defendant-Third-Party Plaintiff Jonathan S. Berck's Third-Party Complaint, with prejudice.

Dated: New York, New York  
       August 25, 2008

FRIEDMAN & WITTENSTEIN  
A Professional Corporation

By: _____  
    Stuart I. Friedman (SF-9186)  
    Andrew A. Wittenstein (AW-1943)  
    Claire L. Chau (CC-0125)

600 Lexington Avenue  
New York, New York 10022  
(212) 750-8700

*Attorneys for Plaintiff and Third-Party Defendants Liza Kramer and Andrew B. Kramer*