AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,
  Plaintiff,
    – against –

LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC.,
LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL
LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN
LIFE & ANNUITY CO. OF NEW YORK AND JONATHAN S. BERCK,
  Defendants.
-------------------------------------------------
Various Third-Party Actions
-------------------------------------------------

**APPEARANCE**

Case Number: 08 CV 2429

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Alice Kramer, as Personal Representative of the Estate of Arthur Kramer and
Third-Party Defendants Liza Kramer and Andrew B. Kramer

I certify that I am admitted to practice in this court.

| 8/28/2008 | *signature* |
|---|---|
| Date | Signature |

Claire L. Chau — CC-0125
Print Name / Bar Number

Friedman & Wittenstein, P.C.  600 Lexington Avenue
Address

New York / New York / 10022
City / State / Zip Code

(212) 750-8700 / (212) 223-8391
Phone Number / Fax Number