Patrick J. Feeley (PF-4931)
Christopher G. Karagheuzoff (CK-1122)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendant and Third-Party Plaintiff
Phoenix Life Insurance Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE KRAMER, as Personal Representative of the Estate of Arthur Kramer,<br><br>Plaintiff,<br><br>– against –<br><br>LOCKWOOD PENSION SERVICES, INC., TALL TREE ADVISORS, INC., LIFE PRODUCTS CLEARING, LLC, TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO., PHOENIX LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY CO. OF NEW YORK, and JONATHAN S. BERCK,<br><br>Defendants.<br><br>Various Third-Party Actions | Case No. 08 CV 2429 (DAB) (MHD)<br><br>ECF CASE |

### DECLARATION OF STEPHEN M. RAAB
### IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS
### <u>PHOENIX LIFE INSURANCE COMPANY'S COUNTERCLAIMS</u>

I, Stephen M. Raab, Esq., declare as follows:

1. I am associated with the law firm of Dorsey & Whitney LLP, counsel for Defendant and Third-Party Plaintiff Phoenix Life Insurance Company ("Phoenix"), in the above-captioned matter, and am a member of the Bar of this Court. This declaration is submitted in

-2-

opposition to Plaintiff's motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the three counterclaims asserted by Phoenix in its Answer to Amended Complaint with Counterclaims, Cross-Claims and Third-Party Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of an article by Matthew Goldstein, entitled "Profiting From Mortality," published in Business Week on July 30, 2007, and available at http://www.businessweek.com/magazine/content/07_31/b4044001.htm.

3.      Attached hereto as Exhibit B is a true and correct copy of a report entitled "Issue Status Chart: STOLI-Related Legislation and Regulation" compiled and published by the American Council of Life Insurers and National Association of Insurance and Financial Advisors ("NAIFA"), previously available at http://www.naifa.org/advocacy/stolialert/pdf/acli_stoli_chart.pdf (last visited Sept. 5, 2008). Based on a visit to the NAIFA website today, it appears access to this publication is now limited to NAIFA members only.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on September 8, 2008.

_____
STEPHEN M. RAAB